# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kesiah Clark

                                                Plaintiff,

v.                                                            Case No.: 1:20–cv–06596
                                                                             Honorable Sheila M. Finnegan

Evergreen Living & Rehab Center, LLC

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 15, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Pursuant to the parties' joint stipulation to dismiss [45] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice with each side bearing its own fees and costs. Status hearing set on 8/23/2022 is cancelled. Civil case terminated. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.